William M. ROBERTSON, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 05–3156.

United States Court of Appeals, Federal Circuit.

May 4, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36